STATE SAVINGS & LOAN ASSOCIATION, Plaintiff-Appellant on Count I, Appellee and Cross-Appellant on Count II, *v.* RALPH E. COREY and ROBERT M. KIMBROUGH, Defendants-Appellees on Count I, Appellants and Cross-Appellees on Count II, and WALLACE C. S. YOUNG, Defendant-Appellee on Count I, Appellant on the Cross-Claim in Count I

*and*

RALPH E. COREY and ROBERT M. KIMBROUGH, Third-Party Plaintiffs, *v.* BETTER BUILT HAWAII, LTD., Third-Party Defendent

No. 5021

October 1, 1971

RICHARDSON, C.J., ABE AND KOBAYASHI, JJ., AND CIRCUIT JUDGE HAWKINS IN PLACE OF MARUMOTO, J., DISQUALIFIED, AND CIRCUIT JUDGE M. DOI IN PLACE OF LEVINSON, J., DISQUALIFIED

*Per Curiam.* The motion to modify or amend the opinion adds nothing to the substance of the opinion and is denied.

*Asa M. Akinaka (Padgett, Greeley, Marumoto & Akinaka* of counsel) for the motion.